UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA,<br><br>        Plaintiff,<br><br>    v.<br><br>SONORA ROGERS, et al.,<br><br>        Defendants. | Case No. 15-cv-02933-RS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

This closed file was a state court unlawful detainer action that has been remanded to Alameda Superior Court. Jointly and/or individually, defendants Rogers, Mayes, and Forbes filed notices of removal four separate times. In light of the fact that the notice of removal leading to the opening of this case number was filed in disregard of an express order warning that any further attempts to remove would be improper, defendants were ordered to show cause why they should not be required to pay monetary sanctions for filing frivolous notices of removal, and/or why a pre-filing review order should not be imposed.

Defendants have responded with declarations indicating that they now understand their obligation not to file any further notices of removal in connection with the unlawful detainer proceeding and the serious consequences that can flow from violating court orders. Under all the circumstances, no monetary or other sanctions will be imposed at this juncture, but defendants must understand that they will not be given any further leniency or benefit of doubt if they renege on their commitment not to file further notices of removal in this matter. The order to show cause

is discharged.

**IT IS SO ORDERED**.

Dated: August 31, 2015

_____
RICHARD SEEBORG
United States District Judge